THOMAS S. KELLEY, APPELLANT, V. OTTO J. BAUMAN, TREASURER, ET AL., APPELLEES.

FILED MAY 2, 1930. No. 27223.

*H. M. Kelley*, for appellant.

*Henry J. Beal, W. W. Slabaugh* and *Holtz & Holtz, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON and DAY, JJ., and LIGHTNER, District Judge.

PER CURIAM.

This is an action commenced in the district court for Douglas county to cancel a real estate tax on property owned by plaintiff and to enjoin collection thereof. The trial court found in favor of defendants and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.